# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAWRENCE H. DAVIS,

        Plaintiff,

vs.

STEVEN S. OWENS, *et al.*,

        Defendants.

Case No.: 2:16-cv-02444-GMN-DJA

**ORDER**

On December 31, 2019, the Court dismissed Plaintiff's Complaint without prejudice and gave Plaintiff twenty-one days to amend his claims. (Order, ECF No. 10). The Court also warned Plaintiff that failure to comply with the Court's deadline would result in dismissal of the claims with prejudice. (*Id.*).

To date, Plaintiff neither filed an amended complaint nor sought an extension of the Court's deadline. However, it appears that Plaintiff did not receive the Court's Order because he has not updated his address, as required by this District's Local Rule IA 3-1. (Mail Returned Undeliverable, ECF No. 11). Rule IA 3-1's consequences are, therefore, now applicable to the case. Specifically, Local Rule IA 3-1 lists several consequences—such as dismissal of the action, entry of default judgment, or "other sanctions." *See* D. Nev. Local Rule IA 3-1.

Here, the Court's need to manage its docket by timely adjudicating this three-year old matter makes dismissal of the Complaint and closure of the case appropriate.

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint, (ECF No. 6), is **DISMISSED without prejudice**.

The Clerk of Court is instructed to close the case.

**DATED** this __20__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court